# United States District Court
# Northern District of Illinois

In the Matter of

Shirley A. Kubicz

v.

Donald Wells, et al

Case No. 08 C 3622

Designated Magistrate Judge
Nan R. Nolan

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **James B. Zagel** to be related to **08 C 2723** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge David H. Coar

Dated: July 22, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **David H. Coar**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL 2 2 2008

Finding of Relatedness (Rev. 9/99)