# Rule 16b Planning Conference Report Format

## United States District Court
### For The Northern District of Illinois
### Eastern Division

Shirley A. Kubicz

Plaintiff

-v-

Defendant Donald Wells and White Line Express, Ltd.

Case Number: 08 CV 3622

Judge: Coar

### REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, __Michael Goldberg__ representing plaintiff(s), and __Richard Schumacher__ representing the defendant(s), met on __8/14/08__ pursuant to Rule 26 (f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

1. Reassign 08 CV 3542 and 08 CV 3622 based on Relatedness
2. Complete a scheduling order for all matters
3. Coordinate discovery fact + expert
4. Prompt compliance with written discovery.
5.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1.

2.

3.

4.

5.

C. Discovery will be needed on the following subjects:

1. Plaintiff's injuries
2. Defendant White Line Express, Ltd., personnel
3. Decedent, Donald Wells, Medical Records
4. Expert witnesses
5. Occurrence, Facts and Witnesses

D. Discovery should/should not be conducted in phases.



E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes __X__ No_____

F. The parties consent/do not consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded:



H. The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has made a written demand of $ ___—___, and the defendant has offered $___—___.

I. The Court should consider the following methods of expediting the resolution of this matter:

Rule 16b Planning Conference Report Format

Page 3 of 3

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Judge Coar
United States District Judge

Format revised: March 15, 1999

# Rule 16b Scheduling Order Format

## United States District Court
### For The Northern District of Illinois
### Eastern Division

Shirley A. Kubicz

Plaintiff

-v-

Defendant Donald Wells and White Line Exros Ltd.

Case Number: 08 CV 3622

Judge: Coar

## PROPOSED SCHEDULING ORDER

### 1. Discovery

The following time limits and deadlines shall be applicable.

A. All disclosures required by Rule 26(a)(1) shall be made on or before 9-30-08.

B. Any amendments to pleadings or actions to join other parties shall be filed on or before 12-29-08.

(It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

C. The cutoff of fact discovery is 3-25-09.

D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 5-25-09.

E. The parties may depose the other side's expert at any time prior to 9-25-09.

F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to 9-25-09.

G. The parties shall have until 11-25-09 to depose the opposing party's rebuttal expert.

### 2. Motions

Any dispositive motions to be filed on or before ___10-25-10___. (Ordinarily this date will be 30 days following the close of fact discovery.)

### 3. Final Pretrial Order and Conference

The final pretrial order shall be filed on or before ___12-24-10___. (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference.)

### 4. Trial

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

### 5. Status Hearings

A further status hearing/preliminary pretrial conference should be held on _____.


*Judge Coar*
United States District Judge

Dated:

**Format revised: March 15, 1999**