**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Shirley A. Kubicz
                              Plaintiff,

v.                                             Case No.: 1:08−cv−03622
                                                       Honorable David H. Coar

Donald Wells, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable David H. Coar:Status hearing held on 8/19/2008. This case is consolidated with cases 08 C 3542, Guerrero v. Wells, and 08 C 3622, Kubicz v. Wells, for pretrial purposes only. All disclosures required by Rule 26(a)(1) shall be made on or before 9/30/2008. Any amendments of pleadings or other actions to join other parties shall be filed on or before 12/29/2008. The cutoff of fact discovery is 3/25/2009. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 5/25/2009. The parties may depose the other side's expert at any time prior to 7/25/2009.The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to 10/25/2009. The parties shall have until 10/25/2009 to depose the opposing party's rebuttal expert. Any dispositive motions with supporting memoranda by 4/24/2009. Pretrial Order due by 11/3/2009. Pretrial Conference set for 11/13/2009 at 10:30 a.m. The final pretrial order shall be filed on or before 11/3/2009. The final pretrial conference will be held on 11/13/2009 at 10:30 a.m. Jury Trial set for 12/7/2009 at 10:00 a.m.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.